Fort Lauderdale, Florida 33315
Phone (954) 764-6099 or (954) 728-8885
Fax (954) 728-8882

# AFFIDAVIT

I, Daniel M. Berman, do hereby certify that, to the best of my knowledge, the following information is true and accurate:

**Name of Judgment Debtor**: Investorshub.com Inc, a Florida Corporation

**Tax Identification/Social Security Number**: Unknown.

**Address of Judgment Debtor**: 1700 N MONROE ST STE 11-270, TALLAHASSEE FL 32303-0501

**Name of the Judgment Creditor**: Mina Mar Group, Inc. and Miro Zecevic

**Tax Identification and Social Security Numbers**: *Mina Mar Group, Inc.*: 26-3460816. *Mina Mar Group, Inc (Of the USA)*: 20-8999538, *Miro Zecevic*: ▮▮▮▮▮▮▮

**Address of Judgment Creditors**: *Mina Mar Group, Inc.* 5155 Spectrum Way Unit #5 Mississauga, Ontario L4W 5A1 Canada. *Miro Zecevic*: 5155 Spectrum Way, Unit #5, Mississauga, Ontario L4W 5A1 Canada

Dated:  9/8/10                                  _S.DMB_

Daniel M. Berman, Esq.
Fla Bar No. 0164127

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to or affirmed and signed before me on  9/8/10

NOTARY PUBLIC or DEPUTY CLERK

[Print, type or stamp commissioned name of notary]

✓ Personally known
___ Produced identification
Type of identification produced _____

NOTARY PUBLIC-STATE OF FLO▮▮
Regina Tsombana▮▮▮
Commission # DD610117
Expires: OCT. 30, 2010
BON▮▮ ▮▮▮ BONDING CO., INC.

**COMPOSITE
EXHIBIT "A"**

# CERTIFICATE OF NOTARIAL TRUE COPIES

CANADA
PROVINCE OF ONTARIO

**TO ALL WHOM THESE
PRESENTS MAY COME, BE
SEEN OR KNOWN**

To Wit

**I, Frederick Simon Hawa** a Notary Public and Barrister and Solicitor in the and for the Province of Ontario, by Royal Authority duly appointed, residing at the City of Toronto, in said Province of Ontario

**Do Certify and Attest** that the paper writing hereto annexed is a true copy of

Order of Master Birnbaum dated July 7, 2009 and entered in the Ontario, Superior Court Justice File No. CV-00364413-0000 on July 8, 2009 said proceeding styled as Mina Mar Group et. Al. v. InvestorsHub.com Inc. et. al.

The said copy has been compared by me with the said original document, an act whereof being requested I have granted under my Notarial Form and Seal of Office to serve and avail as occasion shall or may require.

**In testimony whereof** I have hereunto subscribed my name and affixed my Notarial Seal of Office at the City of TORONTO, ONTARIO, CANADA this 3rd day of February 2010.

Frederick Simon Hawa
Barrister and Solicitor
A Notary Public in and for the Province of Ontario

BETWEEN:

MINA MAR GROUP INC. and MINA MAR GROUP INC. (of the USA)

and MIRO ZECEVIC

Plaintiffs/Responding Parties

and

INVESTORSHUB.COM INC. and MATT BROWN

Defendants

## ORDER

*This request for cost of the withdrawn motion*

~~THIS MOTION made by the Defendants for, inter alia a stay of the action of the Plaintiffs and an order to compel Plaintiffs to answers their refusals at cross examination~~ was heard this 7th day of July 2009 at the Superior Court of Justice, 393 University Avenue, Toronto, Ontario.

ON READING the Motion Records and Supplementary Stay Motion Record and the Refusals Motion Record of the Moving Party/Defendant, InvestorsHub.com Inc. and the Respondents' Motion Records and Refusals Motion Record and on reading the Notice of Abandonment of the Moving Party and the Affidavit of Robert Zumbrunnen sworn January 8, 2009, Affidavits of Miro Zecevic sworn February 28, 2009, the Supplementary Affidavit of Robert Zumbrunnen sworn March 12, 2009, the Second Supplementary Affidavit of Robert Zumbrunnen sworn March 20, 2009, the Affidavit of Slava Ruczenczyn sworn May 22, 2009 and on hearing the submissions of counsel for the Respondents/Plaintiffs, no one appearing for Moving Party/Defendant,

motions) in the amount of $~~ 73,930

THIS ORDER BEARS INTEREST at the rate of $2$ per cent per year commencing on July 1; August 8 2009.

_____

Master BIRNBAUM

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

JUL 0 8 2009

AS DOCUMENT NO.:
À TITRE DE DOCUMENT NO.:
PER / PAR:  GK.

INVESTORSHUB.COM INC
MOVING PARTY/DEF

Court File No. CV-10-

MIRO ZECEVIC AND MINA MAR GROUP INC.
PLAINTIFFS/RESPONDENTS

(Short title of proceeding)

SUPERIOR COURT OF
Proceedings Commenced at

ORDER

Name, address and telephone number of s
or moving party
FREDERICK SIMON H
Barrister and Solicitor
20 BAY STREET, Suite 1
Toronto, Ontario
M5J-2N8

Fax (416) 252-5842
Tel (416) 252-5190

SOLICITOR FOR THE
MIRO ZECEVIC AND MA
GROUP INC.

COPY

COPY = not verified against original

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY, FLORIDA

MINA MAR GROUP, INC. (Canada), (MMG)
MINA MAR MARKETING GROUP (Delaware Company) (MMMG)
MIRO ZECEVIC and ANDREA ZECEVIC

        Plaintiffs,

                                  CASE NO. : 2010-CA-_____
vs.                                 CIRCUIT CIVIL DIVISION

DOES 1-4 as users or information
providers of http://investorshub.com,

        Defendants.  ·
_____/

## COMPLAINT

    Plaintiffs, MINA MAR GROUP, INC. (Canada), (hereinafter referred to as "MMG"),

MINA MAR MARKETING GROUP ("MMMG"), MIRO ZECEVIC, and ANDREA ZECEVIC,

by and through their undersigned counsel, hereby file this Complaint against Defendants, DOES

1-4, and allege:

    1.      The Plaintiff MMG is a Canadian, provincially incorporated company having its

head office in Toronto, Ontario. It carries on business as a firm assisting companies in mergers

and acquisitions and other related services. Its clients include a number of publicly traded and

private companies.

    2.      The Plaintiff MMMG is a Canadian, provincially incorporated company having

its head office in Toronto, Ontario. It carries on business as an investors' relations firm for a

roster of clients.

    3.      Miro Zecevic (hereinafter "Miro") is a businessman, resident of Ontario Canada,

and is an owner of MMG.

                                  **EXHIBIT "B"**

4.     Andrea Zecevic (hereinafter "Andrea") is a businesswoman and resident of Ontario, Canada, and an owner of MMMG.

5.     Plaintiff does not know and cannot reasonably ascertain the true names and identities of Defendants Does 1-4 sued herein.   All are users and/or information content providers of http://investorshub.com.

6.     On information and belief, each of the Doe Defendants is a natural person or entity responsible in whole or in part for the wrongdoing herein alleged.   On information and belief, each of the Doe Defendants participated in, ratified, endorsed, facilitated, or was otherwise involved in, the acts complained of, and that each has liability for such acts.  Plaintiff will amend this Complaint if and when the identities of such persons or entities and the scope of their actions become known.

7.     Does 1-4 sued herein all participated in, ratified, endorsed, facilitated or were otherwise involved in the acts complained of, including the posting of material on an internet forum website run by http://investorshub.com, which is owned and operated by Investorshub.com, Inc.

8.     Investorshub.com, Inc. is a corporation organized under the laws of the state of Florida, with its principal address located in Tallahassee, Leon County, Florida.

·9.     This Court has jurisdiction over Does 1-4 pursuant to Section 48.193(1)(b), *Fla. Stat.* as each of the Defendant Does 1-4 has committed a tortious act in the state of Florida by virtue of the nature of their participation in the internet forum located in this state.

10.     Venue is proper in Leon County, Florida pursuant to Section 47.011, *Fla. Stat.* as the causes of action stated herein accrued in Tallahassee, Leon County, Florida.

## General Factual Allegations

11.    The Plaintiff Mina Mar (MMMG) carries on business as an investors' relations firm for a roster of clients. Its clients include a number of publicly traded companies for whom Mina Mar acts as the agent for their relations with investors.  At all relevant times, the Plaintiff has enjoyed a good reputation for providing honest high quality services to its clients.

12.    The Plaintiff Mina Mar (MMG) carries on business as a merger and acquisition (MA) firm for a roster of clients. Its clients include a number of publicly traded companies for whom Mina Mar acts as the agent for their relations with investors.  At all relevant times, the Plaintiff has enjoyed a good reputation for providing honest high quality services to its clients.

13.    Included among Mina Mar's clients are the following publicly traded companies, which have all been assigned a stock symbol for stock trading purposes:

      a.  Monarc Corp., with the trading symbol MONA.

      b.  Cash Now Corp., with the trading symbol CHNW.

      c.  Good Life China Corp., with the trading symbol GLCC.

      d.  King Resources, Inc., with the trading symbol KING.

      e.  Hard to Treat Diseases, Inc., with the trading symbol HTDS.

14.    The Plaintiffs have recently been the victim of a series of attacks on their character and reputation.   The attacks began as early as October of 2008 and continued throughout the present day.

15.    Defendant Does 1-4 participated in these attacks by posting information on an internet forum for securities investors located at http://investorshub.advfn.com/boards/hubstocks.aspx (hereinafter referred to as "investorshub"), sometimes also referred to in the posts below as "IHUB."

16.    A post is a user submitted message enclosed into a block containing the user details and the date and time it was submitted. Posts are contained in threads, where they appear as boxes one after another. The first post starts the thread. Posts that follow in the thread are meant to continue discussion about that post and/or topic, or respond to other replies.

17.    In order to post on investorshub, an individual must register with the website by providing certain information including the individual's first name, last name, and email address. Once an individual has registered, he or she is given an alias known as a "username" along with a corresponding confidential password, which the individual may use to make posts. An individual must login to investorshub using his or her username and password before posting.

18.    Plaintiffs are informed and believe that an individual with the username "Fire Lane" made and published the following posts on investorshub:

   a.  On June 21, 2009 "this is a Minamar scam being operated out of Toronto Canada by criminals Miroslav Zecevic, Andrea Decevic and Garr Winters.  this is undeniable."

   b.  On June 25, 2009: "In this case it was just minamar (scammers) taking control of KING (scam) from the prior owners (scammers)..."

   c.  On June 25, 2009: "Andrea isn't a scientist.  Miroslav uses her (his wife) to spread BS lies. One minute she is a scientist, the next she is mining engineer in peru when in reality is a criminal co conspirator."

   d.  On June 25, 2009: "its all connected to the criminal stock fraud ring being operated out of Toronto Canada by minamar and zecevic."

   e.  On June 22, 2009: "...they listed a fake accountant for all the minamar scams including HTDS."

    f.  On June 12, 2009: "this is a proven criminal operation being run by a career conman miroslav zecevic"

    g.  On June 6, 2009: "HTDS is about to get halted.  The recent submission to pinksheets is full of lies, false statements and shows a history of criminal activity by zecevic and minamar."

19.    Plaintiffs are informed and believe that an individual with the username "MARINE-1" made and published the following posts on investorshub:

    a.  On June 18, 2009: "This is part of an international scam run by Canadians and Chinese, look at all their companies and see where the PPS is at then take a look at the share structure and 3rd take a look at every board on IHUB involving "minamar""

    b.  On June 18, 2009: "Look at all the Minamar stocks, look at where the PPS stands on each one………SCAM!!!!"

    c.  On June 10, 2009: "If you look up "MinaMar" here on IHUB you will see that the best thing to do is get the heck out of this stock before all the money is gone…….every single stock these people own have been depleted to ZERO…..This is an international scam run out of Canada and China."

    d.  On June 8, 2009: "Take a real good look at who the players are for Minamar. This company and all the rest are ONE HUGE SCAM."

    e.  On April 9, 2009: "MINAMAR and their messenger prigeons are on the loose trying to create hype for their next scam."

    f.  On November 20, 2008: "What we have here is a dirty IR team from Canada using American markets to push chineese companies who lack the knowledge required to know minamar is a scamming entity."

20.    Plaintiffs are informed and believe that an individual with the username "strongtower" made and published the following post on investorshub on July 28, 2008: "Mina Mar is a known conartist, not much to question there."

21.    Plaintiffs are informed and believe that an individual with the username "Stratey" made and published the following posts on investorshub:

    a.  On June 15, 2008: "I guess when you're (Mina Mar) working with so many cons at the same time, it's easy to get them mixed up."

    b.  On April 5, 2008: "Garr and MIro have done nothing but steal money from shareholders, promise the world and not deliver anything...Creating Shareholder poverty Should be the (place company here run by Miro)'s slogan"

    c.  On May 2, 2008: "I vote for Garr and Miro as the bad guys. They did nothing but take our money."

    d.  On April 28, 2008: "If Miro put as much time trying to actually run a business as he put into creating misinformation about some of the posters on this board, we might actually have something working here."

    e.  On June 4, 2008: "I know you're new here, but it's been shown that this managemnt group (Garr and Mina Mar) has a knack for doing things and not telling the shareholders (most of all dilution), or telling the shareholders it's not happening (instead saying the company is buying back shares at "silly

prices"...LIE), when they are selling shares. It took shareholders up to three months after the fact to find out."

f.  On June 5, 2008: "It shows that the company's management (Mainly Garr and Miro) are lying to the shareholders."

g.  On June 29, 2008: "That's because this money is for Garr/Miro/Hugo/Zoran, to continue with their scam of GLCC NAO."

h.  On July 2, 2008: "I see that the only thing Garr Winters delivered to me were losses in my invesment account...I believe jail is too good for what he did to the shareholders of his companies."

i.  On July 3, 2008: "I'm not calling GoodLife, the company, a scam, but I'm calling this stock a scam...This stock is being run by Garr/Miro/Zoran/Hugo and maybe some other guys who are lining their pockets with cash from share gifts. When will our dividend shares become free-trading?? Keep that one in mind."

j.  On July 3, 2008: "But Garr/Miro?Hugo/Zoran were still involved...These guys have a reputation of ruining companies (like GLCC), then moving on to the next scam."

k.  On July 3, 2008: "Of course blame it on Garr/Miro/Hugo/Zoran...They're NOT working in the best interest of the shareholder."

l.  On July 5, 2008: "GLCC and Mina Mar are lying to the shareholders."

m.  On July 5, 2008: "Isn't it a shame to be connected with a sham stock being run by Mina Mar??"

n.  On July 7, 2008: "It's a farse, brought on by Mina Mar and whoever is behind GLCC stock...The stockholders have been lied to."

o. On July 8, 2008: "Funny, I don't think I ever called Dongmei a scammer. I've been calling Garr/Miro and the rest of Mina Mar scammers...Mina Mar is the group that's killing this stock and taking money from the stuckholders"

22. Plaintiffs are informed and believe that an individual with the username "Jim Bishop" made and published the following posts on investorshub:

a. On January 19, 2009: "LOL minamorons."

b. On October 24, 2008: "Winters used a shell he owned named Seahaven Corp to acquire Mina Mar Group. He currently uses Mina Mar Group as an IR, funder, PR group for the shells he acquires."

23. Plaintiffs are informed and believe that an individual with the username "itlogic" made and published the following posts on investorshub:

a. On June 13, 2008: "The Mina Mar morons haven't done anything right since day one. Every client they have is in the crapper. Look at them GLCC, MONA, HKBV, ASIC, IMPG, SVNR. Nothing but losers."

b. On June 16, 2008: "I had said from the beginning that a scoundral like Miro doesn't just dissapear."

24. Plaintiffs are informed and believe that an individual with the username "universaltrader" made and published the following posts on investorshub:

a. In September 13, 2008 post referring to Mina Mar: "LIES LIES LIES 100% manipulation and dilution PROVEN FACT"

b. In a September 12, 2008 post referring to Mina Mar: "A Canadian company operating with a Nevada corperation [sic] in China with offshore bank accounts, hidinhg [sic] behind safe harbor. Just watch the pump and dump is over"

c. On September 13, 2008: "GLCC is a premanufactured scheme by the infamous Garr Winters and Mina Mar to console and string along the bagholders of the previous position."

d. On September 9, 2008: "The GLCC PUMP and DUMP is over...this company is infamous for lying to the shareholders and dumping almost 1 billion shares into the authorized sharecount."

e. On September 8, 2008: "The manipulative Mina Mar, or the dirst lot IR either one just watch this stock drop until the reverse split by way of merger into the next dirty shell...I do not believe a word they print. Too many lies in the past and dilution has been proven when they claimed it was being shorted."

f. On August 4, 2008: "Many have been ripped off already by this company...This is a bogus shell manipulated by Mina Mar."

g. In an August 15, 2008 post referring to Mina Mar: "1 have 100% proof this company is strongarming its own shareholders and threatening them."

h. On September 3, 2008: "promoters are paid to manipulate, Mina Mar alredy [sic] admitted that publicly in their advertising...I HAVE 100% PROOF REAL SHAREHOLDERS HAVE BEEN STRONGARMED..."

i. On August 14, 2008: "As far as MINA MAR is concerned they are still right here doing the only thing they know how to do MANIPULATE."

j. On August 11, 2008: "I am a shareholder and I have been threatened by MINA MAR and GLCC for posting the truth."

k. On July 2, 2008: "Garr Winters and MINA MAR have done a crackerjack job deceiving people here trying to business in this country...I am sorry I cannot be

positive when I am sure this is a scam, this company [GLCC] and Mina Mar have proved it."

l. On August 2, 2008: "That's right I learned the first time when Garr and Mina Mar LIED and burned shareholders."

m. On July 1, 2008: "Mina Mar continues to mislead and lie to unsuspecting traders/investors or as they call them "marks"...Mina Mar are immoral conmen."

n. On June 17, 2008: "GLCC is a scam and garr winters is a liar.  Mina Mar continues to manipulate and pretend to be shareholders buying all the time and claiming buybacks.  LIARS PERIOD."

25.    The above posts all remain available for viewing by the public and are currently available for viewing on the investorshub website.

26.    Defendants' posts have labeled Mina Mar and Miro as liars, conmen, criminals, and scam artists.  Such statements have caused the Plaintiffs to incur losses to their reputation as well as losses to the value of the companies that they assist.

27.    Plaintiffs have retained the undersigned law firm and are obligated to pay them a reasonable fee for their services.

## COUNT I
### Defamation – Libel against all Defendants

28.    Plaintiffs incorporate herein by reference paragraphs 1 through 27 above, as if fully set forth herein.

29.    Each of the above publications was made of and concerning Plaintiffs and was so understood by those third parties who read the publications.

30.    The above postings are false as they pertain to the Plaintiffs.

31.     The above posting are libelous as they charge Plaintiffs with dishonesty and with committing theft and or other violations of the law.

32.     As a proximate result of the above-described publication, Plaintiffs have suffered injury and damages including but not limited to loss of their reputation, shame, and loss of good will.

33.     Defendants' acts as alleged above were willful, wanton, malicious, and oppressive, and justify the awarding of exemplary and punitive damages.

## COUNT II
## Trade Libel

34.     Plaintiffs incorporate herein by reference paragraphs 1 through 27 above, as if fully set forth herein.

35.     Defendants willfully, without justification, and without privilege published to third parties the above posting of and concerning Plaintiffs' business which were understood by those that read the statements.

36.     Defendants' postings disparaged Plaintiffs' business by falsely labeling Plaintiffs as dishonest and implicating that Plaintiffs have engaged in criminal acts in the course of their business.

37.     As a proximate result of Defendants' publications, prospective customers have been deterred from utilizing Plaintiffs' business services as described above and from otherwise dealing with Plaintiffs. Additionally, Defendants' publications have adversely affected the value and stock price of the Plaintiffs' clients, causing the Plaintiffs to incur and suffer injury and damages to their business.

38.     Defendants' acts as alleged above were willful, wanton, malicious, and oppressive, and justify the awarding of exemplary and punitive damages.

## COUNT III
### Intentional Interference With a Business Relationship

39.     Plaintiffs incorporate herein by reference paragraphs 1 through 27 above, as if fully set forth herein.

40.     Plaintiffs were in economic relationships that would have resulted in an economic benefit to the Plaintiffs. Defendants knew of these relationships and engaged in wrongful conduct as alleged above, intending to disrupt those relationships.  As a result those relationships were disrupted.

41.     Plaintiffs were harmed and Defendants wrongful conduct was a substantial factor in causing Plaintiffs' harm.

42.     As a direct and proximate result of Defendants' actions, Plaintiffs' have incurred damages.

WHEREFORE, Plaintiffs demand judgment for damages against the Defendants and such other and further relief as the Court deems just and proper.


Respectfully submitted,


THOMAS M. FINDLEY
Florida Bar No.: 0797855
RICHARD B. AKIN, II
Florida Bar No.: 0068112
MESSER, CAPARELLO & SELF, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359

*Counsel for Plaintiffs*

Court File No. CV-08-364413-0000

*ONTARIO*

**SUPERIOR COURT OF JUSTICE**

BETWEEN:

BEWBABA. J.
_____
Judge

JANUARY 20, 2010.
_____
Date

MINA MAR GROUP INC. and MINA MAR GROUP INC. (of the USA)
and MIRO ZECEVIC

Moving Party/Plaintiffs

and

INVESTORSHUB.COM INC. MATT BROWN,
ROBERT ZUMBRUNNEN, and ADVFN PLC
and Stratev, itlogic, Jim Bishop, Janice Shell, Universal Trader,
Ratso, Livingstyle, Sovelpato, AccipiterO, strongtower, snow, peraire,
and Fast Flyer 03, Strongtower, 1summer, AccipiterO, bob41,
Buckley, sovelpato, greedy malone, rolltide and John Doe (collectively
known as the Posters).

Respondent/Defendants

**JUDGMENT**

THIS MOTION, made by the Plaintiffs for, *inter alia* an injunction restraining the defendants from libelling or defaming the Plaintiffs, for payment for general, special and punitive damages and for judgment was heard this 20th day of January 2010 at the Superior Court of Justice, 393 University Avenue, Toronto, Ontario.

ON READING the Motion Record of the Moving Parties/Plaintiffs, the Affidavit of Miro Zecevic sworn the 2nd of December 2009, the Exhibits attached thereto and the Factum of the Plaintiffs/Moving Parties, and on hearing the submissions of counsel for the Plaintiffs/Moving Parties, no one appearing for Respondent/Defendants as they had been noted in Default,

> 1. THIS COURT ORDERS that the Defendants Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. jointly and severally pay to the Plaintiffs Mina Mar Group Inc. and Miro Zecevic $ 75,000.  ⁵⁰  for general damages for libel and defamation;



**EXHIBIT "C"**

2. THIS COURT FURTHER ORDERS that the Defendants Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. jointly and severally pay to the Plaintiffs Mina Mar Group Inc. and Miro Zecevic

   $ 10,000   for ~~aggravated and~~ punitive damages;

3. THIS COURT ORDERS that the Defendants Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. jointly and severally pay to the Plaintiffs Mina Mar Group Inc. and Miro Zecevic $   Nil   for special damages;

4. THIS COURT DECLARES that all of the negative, defamatory and libellous postings made by Posters and members on the InvestorsHub.com web site are untrue and are and were made without any foundation nor basis for any of their content.

5. THIS COURT ORDERS THAT the Defendants, Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. apologize and publicly retract the libellous statements made against the Plaintiffs and that they shall send their signed retraction to the Plaintiffs and publish the same on the web site, InvestorsHub.com.

6. THIS COURT ORDERS that Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. provide the names and addresses of the following of its members and posters:

   Stratey, itlogic, Jim Bishop, Janice Shell, Universal Trader, Ratso, Livingstyle, Soyelpato, AccipiterO, strongtower, snow, peraire, and Fast Flyer 03, Strongtower, 1summer, AccipiterQ, bob41, Buckley, soyelpato, greedy malone, rolltide, marine-1, firelane, (and any other poster who makes any negative, libelous or defamatory statements against the Plaintiffs) anonymously named John Doe (the foregoing collectively known as "The Posters").

7. THIS COURT ORDERS a permanent injunction enjoining and restraining the Defendants, Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. from making or allowing to be made by any party or Poster, any statements or broadcast, whether orally or in writing and whether libellous, defamatory or not, in any newspaper, broadcast or electronic publication or on the web site(s), InvestorsHub.com, about the Plaintiffs.

8. THIS COURT ORDERS that the defendants, Investors Hub, Matt Brown, Robert Zumbrunnen take any and all steps and make best efforts to remove and filter all past and any future negative, libellous and defamatory references to the Plaintiffs which appear on any web site, blog or broadcast and which are made by them or any Poster over whom they

have control or who is a member or Poster on the InvestorHub.com web site.

9. THIS COURT ORDERS that the Defendants Robert Zumbrunnen, Matt Brown and InvestorsHub.com Inc. jointly and severally pay to the Plaintiffs Mina Mar Group Inc. and Miro Zecevic post judgment interest pursuant to S. 129 of the Courts of Justice Act at the post judgment interest rate of $\sum$   %.

10. Cost of this motion and the entire action are fixed and payable by the defendants in the amount of $~~$21,984.60~~:   ✎ 20,000 ...

Eric Halder J.

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

JAN 2 5 2010

AS DOCUMENT NO.:
À TITRE DE DOCUMENT NO.:
PER / PAR:

MIRO ZECEVIC AND MINA MAR GROUP INC.
PLAINTIFFS

INVESTORSHUB.COM INC. ET. AL.
DEFENDANTS

Court File No. CV-08-364413-0000

SUPERIOR COURT OF JUSTICE
Proceedings Commenced at TORONTO

(Short title of proceeding)

JUDGMENT

*Name, address and telephone number of moving party's solicitor or moving party*

FREDERICK SIMON HAWA
Barrister and Solicitor
20 BAY STREET, Suite 1205
Toronto, Ontario
M5J-2N8

Tel (416) 252-5190
Fax (416) 252-5842

LAWYER FOR THE
PLAINTIFFS/MOVING PARTIES
MIRO ZECEVIC, MINA MAR
GROUP INC. AND MINA MAR GROUP
INC. (OF THE USA)

# CERTIFCATE OF NOTARIAL TRUE COPIES

**CANADA**
**PROVINCE OF ONTARIO**

**TO ALL WHOM THESE PRESENTS MAY COME, BE SEEN OR KNOWN**

To Wit

**I, Frederick Simon Hawa** a Notary Public and Barrister and Solicitor in the and for the Province of Ontario, by Royal Authority duly appointed, residing at the City of Toronto, in said Province of Ontario

**Do Certify and Attest** that the paper writing hereto annexed is a true copy of

Judgment of Justice Belobaba dated January 20, 2010 and entered in the Ontario, Superior Court Justice File No. CV-08-364413-0000 on January 25, 2010 said proceeding styled as Mina Mar Group et. al. v. InvestorsHub.com Inc. et. al.

The said copy has been compared by me with the said original document, an act whereof being requested I have granted under my Notarial Form and Seal of Office to serve and avail as occasion shall or may require.

**In testimony whereof** I have hereunto subscribed my name and affixed my Notarial Seal of Office at the City of TORONTO, ONTARIO, CANADA this 3rd day of February 2010.

Frederick Simon Hawa
Barrister and Solicitor
A Notary Public in and for the Province of Ontario

*Master BRANDSMA*

Court File No. CV-00364413-0000

*ONTARIO*
**SUPERIOR COURT OF JUSTICE**

Jul 7, 2009

**BETWEEN:**

MINA MAR GROUP INC. and MINA MAR GROUP INC. (of the USA)
and MIRO ZECEVIC

Plaintiffs/Responding Parties

and

INVESTORSHUB.COM INC. and MATT BROWN

Defendants

**ORDER**

*This request for costs of the withdrawn motion*

~~THIS MOTION made by the Defendants for, inter alia a stay of the action of the Plaintiffs and an order to compel Plaintiffs to answers their refusals at cross examination~~ was heard this 7th day of July 2009 at the Superior Court of Justice, 393 University Avenue, Toronto, Ontario.

ON READING the Motion Records and Supplementary Stay Motion Record and the Refusals Motion Record of the Moving Party/Defendant, InvestorsHub.com Inc. and the Respondents' Motion Records and Refusals Motion Record and on reading the Notice of Abandonment of the Moving Party and the Affidavit of Robert Zumbrunnen sworn January 8, 2009, Affidavits of Miro Zecevic sworn February 28, 2009, the Supplementary Affidavit of Robert Zumbrunnen sworn March 12, 2009, the Second Supplementary Affidavit of Robert Zumbrunnen sworn March 20, 2009, the Affidavit of Slava Ruczenczyn sworn May 22, 2009 and on hearing the submissions of counsel for the Respondents/Plaintiffs, no one appearing for Moving Party/Defendant,

THIS COURT ORDERS that the Moving Party/Defendant InvestorsHub.com Inc, pay ~~forthwith~~

costs to the Plaintiffs for its abandoned motions (for a stay of the proceedings and for the refusals

motions) in the amount of ~~$21,850.43.~~ $13,650 ~~by~~ August 7, 2009.

THIS ORDER BEARS INTEREST at the rate of _2_ per cent per year commencing on ~~July 7,~~ August 7,
2009.

_Master Beaudoin_

ENTERED AT / INSCRIT À TORONTO
ON / BOOK NO:
LE / DANS LE REGISTRE NO.:

JUL 0 8 2009

AS DOCUMENT NO.:
À TITRE DE DOCUMENT NO.:
PER / PAR: GK.

INVESTORSHUB.COM INC.
MOVING PARTY/DEFENDANT

MIRO ZECEVIC AND MINA MAR GROUP INC.
PLAINTIFFS/RESPONDENTS

Court File No. CV-00364413-00

(Short title of proceedings)

SUPERIOR COURT OF JUSTICE
Proceedings Commenced at TORONTO

ORDER

Name, address and telephone number of moving party's solicitor or moving party

FREDERICK SIMON HAWA
Barrister and Solicitor
20 BAY STREET, Suite 1205
Toronto, Ontario
M5J-2N8

Fax (416) 252-5842
Tel (416) 252-5190

SOLICITOR FOR THE PLAINTIFFS
MIRO ZECEVIC AND MINA MAR
GROUP INC.

# CERTIFCATE OF NOTARIAL TRUE COPIES

**CANADA**
**PROVINCE OF ONTARIO**

**TO ALL WHOM THESE PRESENTS MAY COME, BE SEEN OR KNOWN**

To Wit

**I, Frederick Simon Hawa** a Notary Public and Barrister and Solicitor in the and for the Province of Ontario, by Royal Authority duly appointed, residing at the City of Toronto, in said Province of Ontario

**Do Certify and Attest** that the paper writing hereto annexed is a true copy of

Order of Master Birnbaum dated July 7, 2009 and entered in the Ontario, Superior Court Justice File No. CV-00364413-0000 on July 8, 2009 said proceeding styled as Mina Mar Group et. Al. v. InvestorsHub.com Inc. et. al.

The said copy has been compared by me with the said original document, an act whereof being requested I have granted under my Notarial Form and Seal of Office to serve and avail as occasion shall or may require.

**In testimony whereof** I have hereunto subscribed my name and affixed my Notarial Seal of Office at the City of TORONTO, ONTARIO, CANADA this 3rd day of February 2010.

Frederick Simon Hawa
Barrister and Solicitor
A Notary Public in and for the Province of Ontario