IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INVESTORSHUB.COM, INC., a
Florida corporation, MATTHEW BROWN,
an individual, and ROBERT ZUMBRUNNEN,
an individual,

                                       Case No.:   4:11cv9-RH/WS

    Plaintiff,

vs.

MINA MAR GROUP, INC., a foreign
corporation, MINA MAR GROUP INC. (OF
THE USA), n/k/a, EMRY CAPITAL GROUP,
INC., a foreign corporation, and MIRO
ZACEVIC, an individual,

    Defendants.
_____/

**PLAINTIFF INVESTORSHUB.COM, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

       Plaintiff's INVESTORSHUB.COM, INC., a Florida Corporation, hereby files its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and states as follows:

       INVESTORSHUB, INC. is a nongovernmental corporate party.  ADVFN PLC owns 100% of the capital stock of INVESTORSHUB, INC.

Respectfully submitted,
THOMAS & LOCICERO PL

/s/ Deanna K. Shullman
_____

Deanna K. Shullman
 Florida Bar No. 0514462
8461 Lake Worth Road
Suite 242
Lake Worth, FL 33467
Telephone: (561) 340-1433
Facsimile: (561) 340-1432

and

Paul R. McAdoo
 Florida Bar No. 0036219
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL  33602
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 16th day of February, 2011 to Thomas M. Findley, Esq., MESSER, CAPARELLO & SELF, P.A., PO Box 15579, Tallahassee, FL  32317.

/s/ Deanna K. Shullman
_____
Attorney