IN THE UNITED STATES DISTRCIT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INVESTORSHUB.COM, INC.,
a Florida corporation,
MATTHEW BROWN,
an individual, and
ROBERT ZUMBRUNNEN,
an individual,

      Plaintiffs,

v.                                            Case No.: 4:11cv9-RH/WS

MINA MAR GROUP, INC.,
a foreign corporation,
MINA MAR GROUP INC. (OF THE USA),
n/k/a, EMRY CAPITAL GROUP, INC.,
a foreign corporation, and
MIRO ZECEVIC,
an individual,

      Defendants.
_____/

## **DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Defendants, MINA MAR GROUP, INC., a foreign corporation, and MINA MAR GROUP INC. (OF THE USA), n/k/a, EMRY CAPITAL GROUP, INC., a foreign corporation, submit this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and paragraph 13 of the Court's Initial Scheduling Order, and make disclosure of the following:

      1. Both corporate defendants are nongovernmental corporate parties. Neither corporate defendant is owned by a parent corporation. No company owns more than 10% of the stock of either corporate defendant.

Respectfully submitted this 23rd day of February, 2011.

**MESSER, CAPARELLO & SELF, P.A.**

    s\Thomas M. Findley       .
THOMAS M. FINDLEY
Florida Bar Number: 0797855
P.O. Box 15579
Tallahassee, Florida 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Email: tfindley@lawfla.com
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by U.S. Mail & Electronic Transmission to Deanna K. Shullman, Esq., Thomas & Locicero, PL, 8461 Lake Worth Rd., Suite 242, Lake Worth, FL 33467, dshullman@tlolawfirm.com and Paul R. McAdoo, Esq., Thomas & Locicero, PL, 400 North Ashley Dr., Suite 1100, Tampa, FL 33602, pmcadoo@tlolawfirm.com, on this 23rd day of February, 2011.

    s\Thomas M. Findley    .
Thomas M. Findley