UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INVESTORSHUB.COM, INC.;
a Florida corporation; MATTHEW BROWN,
an individual; and ROBERT
ZUMBRUNNEN, an individual,

      Plaintiffs,

v.                                                                                  CASE NO:   4:11cv9-RH/WCS

MINA MAR GROUP INC., a foreign
corporation; MINA MAR GROUP INC.
(OF THE USA), n/k/a EMRY CAPITAL
GROUP, INC., a foreign corporation; and
MIRO ZECEVIC, an individual,

      Defendants.

_____/

## REPORT OF THE PARTIES' PLANNING MEETING

1. The following persons participated in a Rule 26(f) conference on February 21, 2011 by telephone.

    **Deanna K. Shullman** and **James J. McGuire**, representing the Plaintiff.

    **Thomas Findley**, representing the Defendants.

2. Initial Disclosures. The parties will complete the initial disclosures required by Rule 26(a)(1) by the dates listed in the Court's Initial Scheduling Order.

3. Discovery Plan. The parties propose this discovery plan:

    (a) Discovery will be needed on these subjects:  The nature of the Canadian Judgment; the alleged settlement of Canadian lawsuit; Defendants believe discovery is needed as to the identity of individuals who posted information on iHub's website and their connection to the Plaintiffs.

    (b) Discovery will commence immediately and be completed by June 30, 2011.

(c) The maximum number of interrogatories by each party to another party will be 25. Answers are due within 30 days after service.

(d) The maximum number of requests for admission by each party to another party will be 25. Reponses are due within 30 days after service.

(e) The maximum number of depositions by each party will be 5.

(f) Depositions will be limited to 8 hours of on-the-record time.

(g) Plaintiff will disclose expert witness reports within 60 days of the case management conference ("CMC"). Defendants will disclose expert witness reports within 90 days of the CMC.

(h) Supplementations under Rule 26(e) must be made by June 30, 2011.

4. Other Items:

   (a) The parties do not ask to meet with the court before a scheduling order.

   (b) Pretrial conference is requested for August 22, 2011.

   (c) Final dates for the plaintiff to amend pleadings or to join parties: May 1, 2011.

   (d) Final dates for the defendant to amend pleadings or to join parties: May 1, 2011.

   (e) Final dates to file dispositive motions: July 30, 2011.

   (f) Prospects for settlement: not likely at this time.

   (g) Alternative dispute resolution procedure that may enhance settlement prospects: Mediation.

   (h) Final dates for submitting Rule 26(a)(3) witness lists, designations of witnesses whose testimony will be presented by deposition, and exhibit lists: August 8, 2011.

   (i) Final dates to file objections under Rule 26(a)(3): August 22, 2011.

   (j) Suggested trial date and estimate of trial length: Trial date of September 7, 2011. Estimated length of trial: 2-3 days.

   (k) Other matters: N/A

5. Items listed in Court's Initial Scheduling Order (referred to below by the paragraph numbers contained in the Initial Scheduling Order):

(2)(a)(i) Willingness to use Magistrate Judge. The parties have not consented to the referral of the case to the United States Magistrate Judge.

(2)(a)(ii) Nature and basis of claims and defenses, and principal factual and legal disputes:

Plaintiff asserts claims under the federal SPEECH Act and the Florida Uniform Out-of-Country Foreign Money-Judgment Recognition Act. Plaintiffs believes the principal legal disputes concern whether the law of the United States is more protective of free speech than the law of Canada and whether exercise of personal jurisdiction over Plaintiffs in Canada comported with the due process requirements of United States law. Plaintiffs claim that the Speech Act and Florida Uniform Out-of-Country Foreign Money Judgment Recognition Act prohibit enforcement of the Canadian defamation judgment because the laws of Canada are less protective than the laws of the United States and seek an order from this Court declaring such judgment unrecognized and unenforceable in the United States.

Defendant contends that Plaintiffs are estopped from recovering by virtue of a negotiated resolution of the Canadian case. Moreover, the Defendants will seek discovery on the involvement of the Plaintiffs in not only the hosting of the relevant posts, but also their possible participation in the same.

(2)(a)(iii) Possibility of settlement and whether mediation would be helpful. Settlement is unlikely at this time. The Defendants believe that mediation may be helpful.

(2)(a)(iv) Deadline for joiner of parties and amendments: May 1, 2011. Deadline for dispositive motions: July 30, 2011. The parties ask to revise the Initial Scheduling Order to extend the discovery deadline to June 30, 2011.

(2)(a)(v) The discovery requirements in this matter are not unusual. As noted above, the parties request at that the discovery deadline be extended to June 30, 2011.

(2)(a)(vi) Whether any party will request information from computer-based media. The Defendants intend to seek the identities of the posters through computer-based media in order to explore the connection between the Plaintiffs and the posters of the relevant information.

(2)(a)(vii) The case will be ready for trial by September 7, 2011.

(2)(a)(viii) Unique aspects of the case: N/A.

Respectfully submitted,

| | |
|---|---|
| THOMAS & LOCICERO PL | MESSER, CAPARELLO & SELF, P.A. |

/s/ Deanna K. Shullman
Deanna K. Shullman
  Florida Bar No. 0514462
8461 Lake Worth Road
Suite 242
Lake Worth, FL 33467
Telephone: (561) 340-1433
Facsimile: (561) 340-1432

and

Paul R. McAdoo
  Florida Bar No. 0036219
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL 33602
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

Attorneys for Plaintiffs

/s/ Thomas M. Findley
Thomas M. Findley
  Florida Bar No. 0797855
P.O. Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359

Attorneys for Defendants

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 7th day of March, 2011 to Thomas M. Findley, Esq., MESSER, CAPARELLO & SELF, P.A., PO Box 15579, Tallahassee, FL 32317.

                                    /s/ Deanna K. Shullman
                                    Attorney