**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**INVESTORSHUB.COM, INC.**,
a Florida corporation,
**MATTHEW BROWN**,
an individual, and
**ROBERT ZUMBRUNNEN**,
an individual,

      Plaintiffs,

vs.                                                                                    **Case No.: 4:11cv9-RH/WS**

**MINA MAR GROUP, INC.**,
a foreign corporation,
**MINA MAR GROUP INC. (OF THE USA)**,
n/k/a, **EMRY CAPITAL GROUP, INC.**,
a foreign corporation, and
**MIRO ZECEVIC**,
an individual,

      Defendants.

_____/

## MOTION FOR LEAVE TO AMEND ANSWER

      COME NOW the Defendants, by and through the undersigned counsel, who file this Motion for Leave to Amend Answer as follows:

      1.     Pursuant to Rule 15 of the Federal Rules of Civil Procedure, a party may amend a pleading by leave of court or by written consent of the adverse party.

      2.     Pursuant to Rule 15, leave shall be freely granted when justice so requires.

      3.     In this action, the proposed amendment would not add any new theories of defense or expand the scope of any discovery to be taken.

      4.     Accordingly, the amendment would not prejudice the Plaintiffs.

      5.     The undersigned counsel certifies that he has contacted counsel for the Plaintiffs, who

does not object to the granting of leave to amend the answer.

WHEREFORE, the Defendants respectfully request leave to amend the Answer, as provided in the First Amended Complaint attached hereto.

Respectfully submitted,

  s\Thomas M. Findley          .
Thomas M. Findley
Florida Bar No.:  0797855
tfindley@lawfla.com
Richard B. Akin, II
Florida Bar No.:  0068112
rakin@lawfla.com
**MESSER, CAPARELLO & SELF, P.A.**
P.O. Box 15579
Tallahassee, FL 32317
Telephone:  (850) 222-0720
Facsimile:  (850) 224-4359
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by Electronic Transmission to Deanna K. Shullman, Esq., Thomas & Locicero, PL, 8461 Lake Worth Rd., Suite 242, Lake Worth, FL  33467, dshullman@tlolawfirm.com and Paul R. McAdoo, Esq., Thomas & Locicero, PL, 400 North Ashley Dr., Suite 1100, Tampa, FL  33602, pmcadoo@tlolawfirm.com, on this 7th day of April, 2011.

  s\Thomas M. Findley          .
Thomas M. Findley