**IN THE UNITED STATES DISTRCIT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**INVESTORSHUB.COM, INC.**,
a Florida corporation,
**MATTHEW BROWN**,
an individual, and
**ROBERT ZUMBRUNNEN**,
an individual,

    Plaintiffs,

vs.                                                                            **Case No.: 4:11cv9-RH/WS**

**MINA MAR GROUP, INC.**,
a foreign corporation,
**MINA MAR GROUP INC. (OF THE USA)**,
n/k/a, **EMRY CAPITAL GROUP, INC.**,
a foreign corporation, and
**MIRO ZECEVIC**,
an individual,

    Defendants.

---

## DEFENDANTS' FIRST AMENDED ANSWER

Defendants, MINA MAR GROUP, INC., a foreign corporation, MINA MAR GROUP INC. (OF THE USA), n/k/a, EMRY CAPITAL GROUP, INC., a foreign corporation, and MIRO ZECEVIC, an individual, by and through the undersigned counsel, hereby file their Answer and Affirmative Defenses to Plaintiff's Complaint, and state:

## ANSWER

1.    Denied that Defendants are engaged in libel tourism. Admitted that the Defendants brought claims in Canada against the Plaintiffs and others.

2.    Admitted.

3. Without knowledge.

4. Without knowledge.

5. Admitted that Plaintiff iHub hosts an Internet website. Otherwise, without knowledge and therefore denied.

6. Admitted.

7. Admitted.

8. Admitted.

9. Admitted only that the Plaintiffs seek such relief.

10. Admitted only that the Plaintiffs seek such relief.

11. Without knowledge.

12. Admitted that the Defendants recorded a cost judgment in this district. Admitted that Defendants sued third parties, but not the Plaintiffs, in the Circuit Court in and for Leon County, Florida. Otherwise, denied.

13. Admitted with respect to any foreign defamation judgment.

14. Admitted.

15. Without knowledge.

16. Without knowledge.

17. Without knowledge.

18. Admitted that such an action was brought in Canada. Without specific knowledge as to whether iHub, Brown or Zumbrunnen posted any of the defamatory statements.

19. Without knowledge as to the whether the Plaintiffs were subject to the personal jurisdiction of the Canadian Court. The Plaintiffs, who were defendants in that action, did engage counsel who negotiated a resolution of the action in Canada with the Defendants.

20. Admitted that a final judgment was entered.

21. Admitted with respect to the Costs Order.

22. The allegation is ambiguous and therefore denied.

23. The allegation is ambiguous and therefore denied.

24. Without knowledge.

25. Without knowledge.

26. Without knowledge.

27. Denied with respect to the Costs Order.

28. Denied.

29. Denied, because no effort has been made to enforce the judgment. Only the Costs Order has been filed.

30. Denied.

31. Denied.

32. Without knowledge.

33. Admitted only that they seek such a declaration.

## COUNT I

34. The allegations in the referenced paragraphs are admitted or denied as set forth herein.

35. Denied.

36. Admitted.

37. Denied that the foreign judgment was filed. Admitted that the costs order was filed.

38. Without knowledge.

39. Without knowledge.

40. Generally without knowledge, but denied to the extent that a Plaintiff filed affidavits in Canada.

41. Without knowledge.

42. Admitted that Plaintiffs seek declaratory relief.

Defendants deny that Plaintiffs are entitled to the relief sought.

## COUNT II

43. The allegations in the referenced paragraphs are admitted or denied as set forth herein.

44. Denied.

45. Admitted.

46. Denied that the foreign judgment was filed. Admitted that the costs order was filed.

47. Without knowledge.

48. Without knowledge.

49. Generally without knowledge, but denied to the extent that a Plaintiff filed affidavits in Canada.

50. Without knowledge.

51. Admitted that Plaintiffs seek declaratory relief.

Defendants deny that Plaintiffs are entitled to the relief sought.

Respectfully submitted this 7th day of April, 2011.

**MESSER, CAPARELLO & SELF, P.A.**

   s\Thomas M. Findley      .
Thomas M. Findley
Florida Bar Number: 0797855
Email: tfindley@lawfla.com
Richard B. Akin, II
Florida Bar No.:  0068112
Email:  rakin@lawfla.com
P.O. Box 15579
Tallahassee, Florida 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by Electronic Transmission to Deanna K. Shullman, Esq., Thomas & Locicero, PL, 8461 Lake Worth Rd., Suite 242, Lake Worth, FL  33467, dshullman@tlolawfirm.com and Paul R. McAdoo, Esq., Thomas & Locicero, PL, 400 North Ashley Dr., Suite 1100, Tampa, FL  33602, pmcadoo@tlolawfirm.com, on this 7th day of April, 2011.

   s\Thomas M. Findley     .
Thomas M. Findley