# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

INVESTORSHUB, COM, INC., etc.,
et al.,

      Plaintiffs,

v.                                     CASE NO.  4:11cv9-RH/WCS

MINA MAR GROUP, INC., etc.,
et al.,

      Defendants.

_____/

## ORDER GRANTING LEAVE TO AMEND ANSWER

The defendants' unopposed motion, ECF No. 10, for leave to amend their answer is GRANTED.  The amended answer, ECF No. 10-1, is deemed filed this date.

SO ORDERED on April 18, 2011.

                                                  s/Robert L. Hinkle
                                                 United States District Judge