IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INVESTORSHUB.COM, INC., a
Florida corporation, MATTHEW BROWN,
an individual, and ROBERT
ZUMBRUNNEN,
an individual,                                                   Case No.:   4:11cv9-RH/WS

    Plaintiff,

vs.

MINA MAR GROUP, INC., a foreign
corporation, MINA MAR GROUP INC. (OF
THE USA), n/k/a, EMRY CAPITAL GROUP,
INC., a foreign corporation, and MIRO
ZECEVIC, an individual,

    Defendants.
_____/

### PLAINTIFFS' NOTICE OF SERVING ITS
### FIRST SET OF INTERROGATORIES
### TO DEFENDANT MIRO ZECEVIC

    Plaintiffs INVESTORSHUB.COM, INC., MATTHEW BROWN, and ROBERT ZUMBRUNNEN hereby give notice of service of their First Set of Interrogatories to Defendant Miro Zecevic, to be answered under oath, separately and fully, in writing, within the time allowed by law, and in accordance with the Federal Rules of Civil Procedure.

Dated: *April 21, 2011*

Respectfully submitted,

THOMAS & LOCICERO PL

/ s/ Paul R. McAdoo
_____

Deanna K. Shullman
  Florida Bar No. 0514462
8461 Lake Worth Road, Suite 242
Lake Worth, FL 33467
Telephone: (561) 340-1433
Facsimile: (561) 340-1432

and

Paul R. McAdoo
  Florida Bar No. 0036219
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL  33602
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 21st day of April, 2011 via ☐ E-Mail; ☒ U.S. Mail; ☐ Facsimile; ☐ Overnight Delivery to Thomas M. Findley, Esq., MESSER, CAPARELLO & SELF, P.A., PO Box 15579, Tallahassee, FL  32317.

/ s/ Paul R. McAdoo
_____
Attorney

2