IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INVESTORSHUB.COM, INC., a
Florida corporation, MATTHEW BROWN,
an individual, and ROBERT
ZUMBRUNNEN,
an individual,                                              Case No.:   4:11cv9-RH/WS

    Plaintiff,

vs.

MINA MAR GROUP, INC., a foreign
corporation, MINA MAR GROUP INC. (OF
THE USA), n/k/a, EMRY CAPITAL GROUP,
INC., a foreign corporation, and MIRO
ZECEVIC, an individual,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF SERVING ITS
FIRST SET OF INTERROGATORIES TO DEFENDANT
MINA MAR GROUP, INC. (OF THE USA), N/K/A EMRY CAPITAL GROUP, INC.**

    Plaintiffs INVESTORSHUB.COM, INC., MATTHEW BROWN, and ROBERT ZUMBRUNNEN hereby give notice of service of their First Set of Interrogatories to Defendant Mina Mar Group, Inc. (of the USA), n/k/a Emry Capital Group, Inc., to be answered under oath, separately and fully, in writing, within the time allowed by law, and in accordance with the Federal Rules of Civil Procedure.

Dated: _April 21, 2011_

Respectfully submitted,

THOMAS & LOCICERO PL

/ s/ Paul R. McAdoo

Deanna K. Shullman
  Florida Bar No. 0514462
8461 Lake Worth Road, Suite 242
Lake Worth, FL 33467
Telephone: (561) 340-1433
Facsimile: (561) 340-1432

and

Paul R. McAdoo
  Florida Bar No. 0036219
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL  33602
Telephone:  (813) 984-3060
Facsimile:  (813) 984-3070

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been served on this 21st day of April, 2011 via ☐ E-Mail; ☒ U.S. Mail; ☐ Facsimile; ☐ Overnight Delivery to Thomas M. Findley, Esq., MESSER, CAPARELLO & SELF, P.A., PO Box 15579, Tallahassee, FL  32317.

/ s/ Paul R. McAdoo
Attorney