IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

INVESTORSHUB.COM, INC., a
Florida corporation, MATTHEW BROWN,
an individual, and ROBERT ZUMBRUNNEN,
an individual,

                                                                                         Case No.:   4:11cv9-RH/WS

    Plaintiff,

vs.

MINA MAR GROUP, INC., a foreign
corporation, MINA MAR GROUP INC. (OF
THE USA), n/k/a, EMRY CAPITAL GROUP,
INC., a foreign corporation, and MIRO
ZECEVIC, an individual,

    Defendants.
_____/

**STIPULATED MOTION FOR FINAL JUDGMENT**

Plaintiffs INVESTORSHUB.COM, INC., MATTHEW BROWN, and ROBERT ZUMBRUNNEN (collectively, the "**InvestorsHub Parties**"), and Defendants MINA MAR GROUP, INC., MINA MAR GROUP INC. (OF THE USA), n/k/a EMERY CAPITAL GROUP, INC., and MIRO ZECEVIC (collectively, the "**Mina Mar Parties**"), hereby stipulate to entry of final judgment in favor of Plaintiffs on both counts of the Complaint in this matter. Grounds for this motion are set forth below.

Parties and Jurisdiction

1.     Plaintiff InvestorsHub.com, Inc. is a Florida corporation having its principal place of business in Tallahassee, Florida.

2.     Plaintiff Brown resides in Florida.

3.     Plaintiff Zumbrunnen resides in Missouri.

4. Defendant Mina Mar Group, Inc. is a Canadian corporation having its principal place of business in Mississauga, Ontario, Canada.

5. Defendant Mina Mar Group, Inc. (of the USA), now known as Emry Capital Group, Inc., is a Texas corporation having its principal place of business in Fort Lauderdale, Florida.

6. Defendant Miro Zecevic resides in Ontario, Canada.

7. The Complaint raises claims under the Securing the Protection of our Enduring and Established Constitutional Heritage Act (the "SPEECH Act"), 28 U.S.C. §§ 4101-4105, the Declaratory Judgment Act, 28 U.S.C. §§ 2201-2202, and the Florida Uniform Out-of-Country Foreign Money-Judgment Recognition Act, Fla. Stat. §§ 55.601 – 55.607.  This Court has subject-matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1367, 2201-2202.

## The Canadian Defamation Judgment

8. In a complaint filed in the Superior Court of Justice, Ontario, Canada, on or about October 17, 2008, and amended on or about August 19, 2009, the Mina Mar Parties sued the InvestorsHub Parties for defamation.

9. That matter was titled Mina Mar Group, Inc., Mina Mar Group Inc. (of the USA), and Miro Zecevic v. Investorshub.com, Inc., Matt Brown, Robert Zumbrunnen, and ADVFN PLC, and Stratey, itlogic, Jim Bishop, Janice Shell, Universal Trader, Ratso, Livingstyle, Soyelpato, AccipiterO, strongtower, snow, peraire, and Fast Flyer 03, Strongtower, 1summer, AccipiterO, bob41, Buckley, soyelpato, greedy malone, rolltide and John Doe (collectively known as the Posters), Court File No. CV-08-364413-0000, Ontario Superior Court of Justice (hereinafter, the "**Canadian Defamation Lawsuit**").  (Dkt. 1 (Complaint) ¶ 18.)

10. In the Canadian Defamation Lawsuit, the Mina Mar Parties obtained a default final judgment against the InvestorsHub Parties holding them liable for libel and defamation and, among other things, ordering them to pay $75,000 (CAD) in general damages and $10,000 (CAD) in punitive damages, ordering them to disclose the names and addresses of certain individuals who posted statements on InvestorsHub.com's website, and enjoining them from posting defamatory statements about the Mina Mar Parties.  (Dkt. 1 (Exh. C).)  The Mina Mar Parties also obtained a costs order requiring the InvestorsHub Parties to pay $13,650 (CAD), which they have filed in the records of Leon County Florida.  (Dkt. 1 (Exh. A).)

11. The judgment against the InvestorsHub Parties in the Canadian Defamation Lawsuit was based on the content of writing that was published on the InvestorsHub.com website.  That website is based in the United States.

## This Lawsuit

11. On or about January 7, 2011, the InvestorsHub Parties filed their Complaint in this lawsuit.  (Dkt. 1)  Count I of the Complaint seeks a declaratory judgment that the Canadian Defamation Judgment violates the federal SPEECH ACT, 28 U.S.C. §§ 4101-4105, and cannot be enforced in the United States.  Count II seeks a declaratory judgment that the Canadian Defamation Judgment violates Florida's Uniform Out-of-Country Foreign Money-Judgment Recognition Act, Fla. Stat. §§ 55.601 – 55.607, and cannot be enforced in Florida.

12. The Mina Mar Parties have answered the Complaint.  (Dkt. 4.)

13. The Mina Mar Parties now acknowledge that the Canadian Defamation Judgment is not enforceable in the United States and agree to the entry of a final judgment in favor of the InvestorsHub Parties in this case.  Accordingly, entry of a final judgment in favor of the InvestorsHub Parties is appropriate.

14. Federal law permits entry of a consent judgment that would be fair, adequate, and reasonable, and that is not the product of collusion between the parties.  See Florida Wildlife Federation, Inc. v. Jackson, 2009 WL 5217062, *3 (N.D. Fla. Dec. 30, 2009).  In addition, the consent judgment should not violate the Constitution, statutes, or governing law.  Id.  And, the consent judgment should be consistent with the purposes of the relevant statute.  Id.

15. In this case, entry of final judgment would not violate the Constitution, statutes, or governing law.

16. The InvestorsHub Parties and the Mina Mar Parties are the only parties whose rights would be affected by the final judgment, and both the InvestorsHub Parties and the Mina Mar Parties consent to entry of such final judgment.  As such, entry of final judgment in favor of the InvestorsHub Parties would be appropriate.

17. Attached as Exhibit A to this Motion is a proposed Stipulated Final Judgment.

WHEREFORE, the InvestorsHub Parties and the Mina Mar Parties stipulate to, and respectfully request that the Court, grant this Motion and enter final declaratory judgment in favor of Plaintiffs on both Counts of the Complaint.

Respectfully submitted,

THOMAS & LOCICERO PL                    MESSER, CAPARELLO & SELF, P.A.

/s/ Deanna K. Shullman                  /s/ Thomas M. Findley
Deanna K. Shullman                      Thomas M. Findley
  Florida Bar No. 0514462                 Florida Bar No. 0797855
8461 Lake Worth Road                    P.O. Box 15579
Suite 242                               Tallahassee, FL 32317
Lake Worth, FL 33467                    Telephone: (850) 222-0720
Telephone: (561) 340-1433               Facsimile: (850) 224-4359
Facsimile: (561) 340-1432

                                        Attorneys for Defendants

and

Paul R. McAdoo
  Florida Bar No. 0036219
400 North Ashley Drive, Suite 1100
P.O. Box 2602 (33601)
Tampa, FL 33602
Telephone: (813) 984-3060
Facsimile: (813) 984-3070

Attorneys for Plaintiffs